AO 245... Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

RECEIVED
AUG 17 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EZRA JAMES COUTEE, JR<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number:2:03cr20090-001<br><br>USM Number 12021-035<br><br>Wayne J. Blanchard<br>Defendant's Attorney |

## THE DEFENDANT:

[✓] admitted guilt to violation of condition(s) Mandatory Condition #2, Mandatory Condition #3, Standard Condition #1, Standard Condition #5, & Standard Condition #6 of the term of supervision.

[ ] was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| See Next Page | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

8/16/06
Date of Imposition of Sentence

Signature of Judicial Officer

RICHARD T. HAIK, Chief United States District Judge
Name & Title of Judicial Officer

8-17-2006
Date

COPY SENT
DATE 8-17-06
BY: OA
TO: USMS 3cc
USPO 3cc



CASE NUMBER:
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| MC #2 | Plea to Possession with Intent to Distribute Schedule II Narcotics, Illegal Possession of Stolen Things, and Possession of Schedule I Narcotics and Flight from Officer | 1/27/06 |
| MC #3 | Tested Positive for marijuana and failed to report for random urine testing | 12/20/05 |
| SC #1 | Defendant left assigned district without permission | unknown |
| SC #5 | Defendant failed to maintain employment and submit employment verification | unknown |
| SC #6 | Defendant moved without notifying probation officer | 1/10/06 |

DEFENDANT:      EZRA JAMES COUTEE, JR
CASE NUMBER:

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .

24 months is concsective to any time defendant is serving

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ [] a.m.   [] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.


                                                    _____
                                                    UNITED STATES MARSHAL

                                                    By _____
                                                    DEPUTY UNITED STATES MARSHAL